PHILIP M. MILLER (SBN 87877)
MICHELLE L. SICULA (SBN 160598)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
pmiller@sjlawcorp.com
msicula@sjlcorp.com
abevington@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITOL EXPRESSWAY FORD, a corporation<br><br>Defendant. | Case No.: C-09-4945 JL<br><br><u>SUBSTITUTION OF ATTORNEYS</u> |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please take notice that Plaintiffs BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIERS PENSION FUND, JIM BENO, TRUSTEE, hereby make the following substitution of attorneys:

<u>Former Attorneys:</u>

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104

should be removed and, consequently, should no longer receive notice of e-Filings.

- 1 -   SUBSTITUTION OF ATTORNEYS;
CASE NO. C-09-4945 JL

Plaintiffs' new co-counsel of record will be:

PHILIP M. MILLER (St. Bar #87877)
MICHELLE L. SICULA (St. Bar #160598)
ANNE M. BEVINGTON (St. Bar #111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA  94104
Telephone:     (415) 882-7900
Facsimile:     (415) 882-9787
Email  pmiller@sjlawcorp.com
Email  msicula@sjlawcorp.com
Email  abevington@sjlawcorp.com

The following attorneys consent to this substitution:

| Dated: September 30, 2010 | ERSKINE & TULLEY<br>A PROFESSIONAL CORPORATION |
|---|---|
| | _____/S/_____<br>MICHAEL J. CARROLL<br>Former Attorneys for Plaintiffs<br>Board of Trustees, et al. |
| Dated: October 8, 2010 | SALTZMAN & JOHNSON LAW CORPORATION |
| | _____/S/_____<br>PHILIP M. MILLER<br>New Attorneys for Plaintiffs<br>Board of Trustees, et al. |

The Plaintiffs Board of Trustees of the Automotive Industries, et al., hereby consent to the above substitution.

| Dated: October 13, 2010 | BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al. |
|---|---|
| | _____/S/_____<br>JAMES H. BENO, Trustee |

- 2 -

SUBSTITUTION OF ATTORNEYS
CASE NO. C-09-4945 JL

P:\CLIENTS\AUTCL\CASES\CAPTIAL EXPRESSWAY FORD\Subst of Atty 100810.doc

1  IT IS SO ORDERED.

2  Dated: October 20, 2010   _____
    MAGISTRATE JUDGE JAMES LARSON
3   UNITED STATES DISTRICT COURT

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -  SUBSTITUTION OF ATTORNEYS
CASE NO. C-09-4945 JL

P:\CLIENTS\AUTCL\CASES\CAPTIAL EXPRESSWAY FORD\Subst of Atty 100810.doc