PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
pmiller@sjlawcorp.com
abevington@sjlawcorp.com

Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE
AUTOMOTIVE INDUSTRIES WELFARE FUND, et al.

NED A. FINE (SBN 47786)
MICHAEL K. PERKINS (SBN 172560)
FINE, BOGGS & PERKINS LLP
2450 S. Cabrillo Highway, Suite 100
Half Moon Bay, CA 94019
Telephone: (650) 712-8908
Facsimile: (650) 712-1712
mperkins@employerlawyers.com

Attorneys for Defendant CAPITOL EXPRESSWAY FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al.,<br><br>                    Plaintiffs,<br>v.<br><br>CAPITOL EXPRESSWAY FORD,<br><br>                    Defendant. | Case No.: C 09-4945 JL<br><br>**STIPULATION FOR ORDER SETTING ASIDE DEFAULT AND SETTING TIME TO FILE FIRST AMENDED COMPLAINT AND ANSWER THERETO;**<br>**[PROPOSED] ORDER** |

- 1 -
STIPULATION FOR ORDER SETTING ASIDE DEFAULT AND SETTING TIME TO
FILE FIRST AMENDED COMPLAINT AND ANSWER THERETO;
[PROPOSED] ORDER
CASE NO. C 09-04945 JL

P:\CLIENTS\AUTCL\CASES\CAPITOL EXPRESSWAY FORD\PLEADINGS\Stip and Order re Default and FAC v2 (signed).doc

Whereas the default of defendant Capitol Expressway Ford was entered on November 29, 2010, Capitol Expressway Ford subsequently retained Ned A. Fine and Michael K. Perkins of Fine, Boggs & Perkins LLP as its counsel and desires to have the default set aside, plaintiffs have determined that an amendment of their complaint is now necessary, and the parties wish to mitigate the expenses to the parties and the use of court resources for these procedural matters,

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that:

(1) Defendant's default, entered on November 29, 2010, may be set aside;

(2) Defendant need not file an answer to the plaintiffs' original complaint;

(3) Plaintiffs shall file their First Amended Complaint within 30 days of the date of the order; and

(4) The answer to the First Amended Complaint will be due within 21 days of service of the First Amended Complaint on defendants' counsel.

Date: January 31, 2011   SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Anne M. Bevington
Attorneys for Plaintiffs

Date: January 31, 2011   FINE, BOGGS & PERKINS LLP

By: _____/S/_____
Michael K. Perkins
Attorneys for Defendant

- 2 -
STIPULATION FOR ORDER SETTING ASIDE DEFAULT AND SETTING TIME TO
FILE FIRST AMENDED COMPLAINT AND ANSWER THERETO;
[PROPOSED] ORDER
CASE NO. C 09-04945 JL

P:\CLIENTS\AUTCL\CASES\CAPITOL EXPRESSWAY FORD\PLEADINGS\Stip and Order re Default and FAC v2 (signed).doc

--------------------------------------------------------------------------------

**[PROPOSED] ORDER**

The parties having stipulated, and good cause appearing, IT IS HEREBY ORDERED that:

(1) Defendant's default, entered on November 29, 2010, be set aside;

(2) Defendant need not file an answer to the plaintiffs' original complaint;

(3) Plaintiffs shall file their First Amended Complaint within 30 days of the date of this order; and

(4) The answer to the First Amended Complaint will be due within 21 days of service of the First Amended Complaint on defendants' counsel.

IT IS SO ORDERED.

Dated: February 2, 2011 .

_____
JAMES LARSON
United States Magistrate Judge

- 3 -
STIPULATION FOR ORDER SETTING ASIDE DEFAULT AND SETTING TIME TO
FILE FIRST AMENDED COMPLAINT AND ANSWER THERETO;
[PROPOSED] ORDER
CASE NO. C 09-04945 JL

P:\CLIENTS\AUTCL\CASES\CAPITOL EXPRESSWAY FORD\PLEADINGS\Stip and Order re Default and FAC v2 (signed).doc