PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
Telephone: (415) 882-7900
Facsimile:  (415) 882-9287
pmiller@sjlawcorp.com
abevington@sjlawcorp.com

Attorneys for Plaintiffs and Counterdefendants
Board of Trustees of the Automotive Industries Welfare Fund, et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITOL EXPRESSWAY FORD,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.:   CV 09-04945 PJH<br><br>**STIPULATION RE ADR AND WITHDRAWAL OF MOTION TO DISMISS COUNTERCLAIM, AND JOINT REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE;**<br>**[P~~ROPOSE~~D] ORDER**<br><br>Date:        May 12, 2011<br>Time:       2:00 p.m.<br>Judge:      Hon. Phyllis J. Hamilton<br>Courtroom: 3, Third Floor |

Plaintiffs and counterdefendants Board of Trustees of the Automotive Industries Welfare Fund, et al. ("the Trustees"), on the one hand, and defendant and counterclaimant Capitol Expressway Ford, on the other hand, stipulate as follows:

   1.    Defendant agrees to permit plaintiffs to conduct an audit of defendant's records from September 1, 2007 through the date of the audit, and the parties agree that they will then

- 1 -

1  participate in a mediation and attempt to settle this case.  The parties will request that the ADR
2  unit set up a mediation session within 90 days.
3       2.      In light of the pending audit and ADR proceeding, in order to conserve the
4  resources of the parties and the Court, the parties hereby stipulate that plaintiffs' and
5  counterdefendants' Motion to Dismiss Counterclaims and to Strike Affirmative Defenses filed on
6  April 15, 2011 (Dckt No. 46) be withdrawn subject to re-filing if the case does not settle, and that
7  the time for re-filing the motion or filing a responsive pleading is extended to and including July
8  27, 2011. Accordingly, plaintiffs hereby withdraw their Motion to Dismiss Counterclaims and to
9  Strike Affirmative Defenses.
10      3.      The parties request an order that Case Management Conference currently set for
11 May 12, 2011, be continued to Thursday, September 8, 2011, or to such other date as the Court
12 may deem appropriate.

13 Date:  April 28, 2011           SALTZMAN & JOHNSON LAW CORPORATION

15                                 By:  _____/S/_____
                                        Anne M. Bevington
16                                      Attorneys for Plaintiffs and Counterdefendants

17 Date:  April 28, 2011           FINE, BOGGS & PERKINS LLP
18

19                                 By:  _____/S/_____
20                                      Michael K. Perkins
                                        Attorneys for Defendant and Counterclaimant
21
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28
- 2 -
STIPULATION RE ADR AND WITHDRAWAL OF MOTION TO DISMISS COUNTERCLAIM,
AND JOINT REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER [CASE NO. C 09-04945 PJH]
P:\CLIENTS\AUTCL\CASES\CAPITOL EXPRESSWAY FORD\PLEADINGS\CMC STATEMENTS\042711 Stipulation re ADR and Motion to Dismiss and Req for Cont of CMC.doc

**ORDER**

The parties having stipulated, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference, currently set for May 12, 2011, be continued to September 8, 2011, at 2:00 p.m., in Courtroom 3, Third Floor, 1301 Clay Street, Oakland, California. The case is referred to mediation to be completed within 90 days.

IT IS SO ORDERED.

Dated: 4/29/11

_____
PHYLLIS J. HAMILTON
United States District Judge