PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile:  (415) 882-9287
pmiller@sjlawcorp.com
abevington@sjlawcorp.com

Attorneys for Plaintiffs and Counterdefendants
Board of Trustees of the Automotive Industries Welfare Fund, et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, AUTOMOTIVE INDUSTRIES WELFARE TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CORNFORD, Trustee, JAMES V. CANTERBURY, Trustee, TOM DILLON, Trustee, and TOM BRANDON, Trustee,<br><br>                          Plaintiffs,<br>v.<br><br>CAPITOL EXPRESSWAY FORD,<br><br>                          Defendant. | Case No.:   CV 09-04945 PJH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL;**<br>**(PROPOSED) ORDER THEREON** |
| CAPITOL EXPRESSWAY FORD,<br><br>                          Counterclaimant,<br>v.<br><br>BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al.,<br><br>                          Counterdefendants. | |

1  The parties to this action, having reached a settlement, hereby stipulate pursuant to Rule
2  42(A)(1)(a)(ii) of the Federal Rules of Civil Procedure that the entire action, both complaint and
3  counterclaim, be dismissed with prejudice, all parties to bear their own costs.

4  Dated: August 31, 2011                SALTZMAN & JOHNSON LAW CORPORATION

6  By: _____/S/_____
   Anne M. Bevington
7  Attorneys for Plaintiffs and Counterdefendants
   BOARD OF TRUSTEES OF THE
8  AUTOMOTIVE INDUSTRIES WELFARE
   FUND, et al.

10 Dated: August 31, 2011                FINE, BOGGS & PERKINS LLP

12 By: _____/S/_____
   Ned Fine
13 Attorneys for Defendant and Counterclaimant

15 IT IS SO ORDERED.

16 Dated: __August 31_____, 2011

   PHYLLIS J. HAMILTON
   United States District Judge

   *IT IS SO ORDERED*
   *Judge Phyllis J. Hamilton*
   (United States District Court, Northern District of California seal)

- 2 -  STIPULATION FOR VOLUNTARY DISMISSAL;
(PROPOSED) ORDER THEREON [CASE NO. C 09-04945 PJH]

P:\CLIENTS\AUTCL\CASES\CAPITOL EXPRESSWAY FORD\Settlement\Stipulation for Voluntary Dismissal.doc